

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-25-00057-CR |
| Appellant, | | |
| | § | Appeal from the |
| v. | | |
| | § | 394th District Court |
| JESUS ALFREDO RODRIGUEZ, | | |
| Appellee. | § | of Culberson County, Texas |
| | | |
| | § | (TC#2044) |

## J U D G M E N T

The Court has considered this cause on Appellant's motion to dismiss the appeal and concludes the motion should be granted. We therefore dismiss the appeal.

IT IS SO ORDERED THIS 6th day of February 2025.


LISA J. SOTO, Justice


Before Salas Mendoza, C.J., Palafox and Soto, JJ.